THE PEOPLE ex rel. FRANK J. SHERMAN, Respondent, *v.*
JOHN PERSON et al., Appellants.

(Argued June 7, 1892; decided October 4, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made May 16, 1892,
which reversed an order of Special Term, denying a motion
.for a writ of peremptory mandamus.

*J. S. L'Amoreaux* for appellants.

*Edgar T. Brackett* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.